JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE FINCH and NAM TAO, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AROVAST CORPORATION doing business as COSORI CORPORATION,<br><br>Defendant. | Case No. 8:23-cv-00599-JWH-JDE<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Defendant's Motion to Dismiss [ECF No. 27]" filed substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. Plaintiff Jeannette Finch previously filed a Notice of Dismissal through which she dismissed all of her claims against Defendant Arovast Corporation, doing business as Cosori Corporation ("Defendant Cosori"). Accordingly, Plaintiff Jeannette Finch is **DISMISSED.**

2. The claims of Plaintiff Nam Tao against Defendant Cosori are **DISMISSED** for **lack of subject matter jurisdiction.** This case is **DISMISSED.**

3. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: August 26, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE