UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

JAN 5 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NAM TAO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff - Appellant,<br><br>and<br><br>JEANETTE FINCH,<br><br>    Plaintiff,<br><br> v.<br><br>AROVAST CORPORATION,<br><br>    Defendant - Appellee. | No. 24-5413<br><br>D.C. No. 8:23-cv-00599-JWH-JDE<br><br>Central District of California, Santa Ana<br><br>MANDATE |

    The judgment of this Court, entered December 11, 2025, takes effect this date.

    This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT